People of State of Illinois, Defendant in Error, v.
Thomas Mobilio, Plaintiff in Error.

Gen. No. 46,588.

First District, First Division.
April 18, 1955.
Released for publication May 23, 1955.

Director
& Liebenson, for plaintiff in error; Harold A. Liebenson, Harry
J. Director, and Sheldon Deutsch, of counsel; John Gutknecht,
State's Attorney of Cook county, for defendant in error; John
T. Gallagher, Rudolph L. Janega, Assistant State's Attorneys, of
counsel. Opinion by PRESIDING JUSTICE BURKE. **Not to be
published in full.**